UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD B. WALKER,

       Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,
       Defendant.
------------------------------------------------------------X

18 **CIVIL** 9437 (PAE)(SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 18, 2020, the Report and Recommendation is adopted and the Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
    February 20, 2020

              **RUBY J. KRAJICK**
              **Clerk of Court**
       **BY:**
              **Deputy Clerk**